# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____New York_____

UNITED STATES OF AMERICA

## JUDGMENT OF ACQUITTAL

V.

MATTHEW SILBERZWEIG

CASE NUMBER:  07-CR-612-SLT-02

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/ SLT
_____
Signature of Judge

SANDRA L. TOWNES, U.S.D.J._____
Name and Title of Judge

February 13, 2008_____
Date